**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

v().                                            Civil Action No.  8:14-CV-00654-MSS-EAJ

JOHN DOE, subscriber assigned IP address
76.123.84.164,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.  John Doe was assigned the IP Address 76.123.84.164.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  May 20, 2014                      Respectfully submitted,

                                                      By:   /s/ *M. Keith Lipscomb*
                                                      M. Keith Lipscomb (429554)
                                                      klipscomb@lebfirm.com
                                                      Lipscomb, Eisenberg & Baker, PL
                                                      2 South Biscayne Boulevard
                                                      Penthouse 3800
                                                      Miami, FL  33131
                                                      Telephone:  (786) 431-2228
                                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *M. Keith Lipscomb*_____
           M. Keith Lipscomb